**File Hashes for IP Address 75.171.198.44**

**ISP:** Century Link
**Physical Location:** Parker, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/12/2013 01:07:26 | 0B9ED66A79B37AD146F5F05000F88AE1FF5BB74E | Warm Inside |
| 01/09/2013 02:55:15 | D207C259A414746637AE13BA4FA77BBE6F71356D | Sweetest Dreams |
| 01/09/2013 02:33:06 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/01/2013 19:02:09 | 427D83F0D02D050C5E36F20EFA94C4B6F7CA8A6D | Sunday Afternoon |
| 12/29/2012 20:31:31 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 12/26/2012 20:25:07 | 5C794A7AD45A84615DBA0E9F48DE8192D793D3C2 | Naughty and Nice |
| 12/24/2012 01:59:40 | 4109FC1779FA182B84CC0CC1FC38431F3EDFB4D5 | A Girls Fantasy |
| 12/24/2012 01:50:09 | 491B207970D59A9111647F2C5995902C520E9E50 | Sent from Heaven |
| 12/18/2012 20:26:39 | 122C8A4DF1A639EE653D8D61680C3CCF3D328353 | A Love Story |
| 12/15/2012 19:25:10 | 15DF9C48A6D5B89071FE0F4D0F0D1A8FEB71DC2A | Unforgettable View #2 |
| 12/13/2012 01:47:09 | 21416FB89FF2CFBBBDB0FF0F3FB847F0B15E410C | Miss Me Not |
| 12/07/2012 00:22:09 | 7501CEEBAD3F198EFEB8CFCB0C815508B9DE5DFD | Cum With Me |
| 12/03/2012 03:46:16 | ED2E4C308EC14E7F4631DA90FDDCE7EB09D5A677 | Inside Perfection |
| 11/29/2012 23:38:04 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |
| 11/29/2012 17:05:05 | 2AE0DA6BE419E82AC47FC5D6D9C34C4768D66103 | Heart and Soul |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

CO111