IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00427-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

EDWARD STRICKLAND,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 9, 2013.**

In light of the Joint Stipulated Withdrawal of Motion to Strike and Extension of Time to File Objections Under FRCP 12(f) [docket #23], Plaintiff's Motion to Strike Defendant Edward Strickland's Affirmative Defenses [filed July 2, 2013; docket #21] is **withdrawn**.