**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00427-WYD-MEH
MALIBU MEDIA, LLC,

        Plaintiff,

v.

EDWARD STRICKLAND,

        Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Malibu Media, LLC ("Plaintiff") and Defendant, Edward Strickland ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against each other in this matter are hereby dismissed with prejudice. Defendant has cooperated fully with Plaintiff's investigation in this matter and has provided sufficient exculpatory evidence to warrant this dismissal with prejudice.

WHEREFORE, Plaintiff and Defendant, Edward Strickland, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Edward Strickland's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

1

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Jason A. Kotzker* | By:  /s/ *David Stevens Kerr* |
| Jason A. Kotzker | David Stevens Kerr |
| Jason@klgip.com | dkerr@idea-asset.com |
| KOTZKER LAW GROUP | SANTANGELO LAW OFFICES, P.C. |
| 9609 S. University Blvd. #632134 | 125 South Howes Street, Third Floor |
| Highlands Ranch, CO  80163 | Fort Collins, CO 80521 |
| Phone:  303-875-5386 | Phone:  970-224-3100 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated:  August 13, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason A. Kotzker*
Jason A. Kotzker

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                        Civil Action No. 1:13-cv-00427-WYD-MEH

EDWARD STRICKLAND,

        Defendant.

**ORDER ON STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Edward Strickland's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Edward Strickland's claims against each other in this matter are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This case is closed for administrative purposes.

SO ORDERED this _____ day of _____, 2013.

                              By:_____
                              UNITED STATES MAGISTRATE JUDGE