IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00427-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

EDWARD STRICKLAND,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal With Prejudice (ECF No. 28), filed August 13, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney fees.  The Clerk of the Court shall close this case.

   Dated:  August 14, 2013

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge